**JUDGE JAMES L. ROBART**

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAMDEN LAMP, ) <br> ) <br> Defendant. ) <br>  _____ ) | No. CR20-166-JLR <br><br> **ORDER CONTINUING TRIAL DATE AND EXTENDING MOTIONS FLING DEADLINE** |

THIS MATTER having come before the Court on Defendant's unopposed motion to continue the trial date and extend the motions filing deadline, and good cause appearing therefore, the Court hereby adopts the facts justifying a continuance as set forth in the record and in the unopposed motion, and makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting the motion and continuing the trial date outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(I).

3. The defendant needs additional time to explore all relevant issues and defenses applicable to the case. Given this, it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act and as currently set for this case. 18 U.S.C. §3161(h)(7)(B)(ii).

ORDER CONTINUING TRIAL DATE AND
EXTENDING MOTION FILING DEADLINE;
CR20-166-JLR   - 1

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant reasonable time for effective preparation of his defense. 18 U.S.C. §3161(h)(7)(B)(iv).

NOW THEREFORE, IT IS HEREBY ORDERED that subject to the defendant filing a Speedy Trial Waiver to July 2, 2021, the trial date in this matter is continued from December 7, 2020, to May 3, 2021. The resulting period of delay from the date of this order, up to and including the new trial date, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(7)(A) and (B).

IT IS FURTHER ORDERED that pretrial motions are due no later than April 1, 2021.

DONE this 30th day of October, 2020.

_____
JAMES L. ROBART
United States District Court Judge

---

**ORDER CONTINUING TRIAL DATE AND EXTENDING MOTION FILING DEADLINE;**
**CR20-166-JLR  - 2**

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111