JUDGE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. CR20-166-JLR |
| ) | |
| v. ) | **ORDER MODIFYING CONDITIONS** |
| ) | **OF RELEASE** |
| CAMDEN LAMP, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER having come before the Court on Defendant's unopposed motion to modify conditions of release, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Appearance Bond entered on September 18, 2020 (Dkt. #5) is hereby modified to remove the following special condition:

> The defendant shall comply with the requirements of the U.S. Probation and Pretrial Services Computer Monitoring Program as directed. The defendant shall consent to U.S. Probation and Pretrial Services Office conducting ongoing monitoring of his/her computer(s), hardware, and software, and any/and all electronic devices/media.

IT IS FURTHER ORDERED that all other conditions shall remain in effect.

DONE this 29th day of March, 2021.

_____
JAMES L. ROBART
United States District Court Judge

ORDER MODIFYING CONDITIONS OF RELEASE;
No. CR20-166-JLR - 1

RICHARD J. TROBERMAN, P.S.
ATTORNEY AT LAW
520 PIKE STREET, SUITE 2500
SEATTLE, WASHINGTON 98101-1385
(206) 343-1111