Judge Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMDEM LAMP,<br><br>Defendant. | NO. CR20-0166JLR<br><br>ORDER SETTING PRE-TRIAL MOTIONS DUE DATE AND TRIAL DATE |

Having considered the record and the Status Hearing held on April 5, 2021, and General Order 18-20 for the Western District of Washington and previously issued General Orders incorporated therein, failure to continue the trial date would likely make trial impossible and result in a miscarriage of justice; further, continuance of the trial date will allow counsel reasonable time necessary to effective preparation for pre-trial motions and trial, therefor, the Court FINDS the ends of justice served by setting a new trial date outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), and B(iv). IT IS HEREBY ORDERED:

Pre-Trial motions shall be filed by July 1, 2021.

Trial is set for August 10, 2021.

IT IS FURTHER ORDERED that the time between the date of the status hearing of April 5, 2021, to the new trial is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated this 12th day of April, 2021.

_____
The Honorable James L. Robart
U.S District Court Judge

Presented by:

*s/ Ye-Ting Woo*
Ye-Ting Woo
Assistant United States Attorney

Order Setting Trial Date/
*United States v. Lamp*, CR20-166JLR – 2