The Honorable James L. Robart

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                  Plaintiff,

       v.

CAMDEN LAMP,

                  Defendant.

CASE NO.  CR20-166 JLR

STIPULATED ORDER
RESETTING TRIAL DATE

THIS COURT having considered the record in this matter and being fully advised, hereby FINDS as follows:

1. On July 7, 2021, this Court issued an order striking the August 10, 2021, trial date in this matter and indicating an intent to schedule a new trial date after consulting with the parties.  Dkt. 21.  The order was based on information provided by defense counsel regarding a current medical issue.

2. The Court finds that the failure to grant a continuance of the trial date in this case would make further proceedings impossible and result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).  Given defense counsel's current medical issue, it is unreasonable to expect adequate trial preparation by the scheduled trial date of

Order Resetting Trial Date
*United States v. Camden Lamp*, CR20-166 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

August 10, 2021, and within the time limits established by the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). Further, the failure to grant a continuance would unreasonably deny the defendant continuity of counsel, and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

3. Accordingly, pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by continuing the trial in this case outweighs the best interest of the public and the defendant in a speedier trial.

IT IS THEREFORE ORDERED that the trial date is reset for January 18, 2022. The pretrial motions deadline is reset for December 10, 2021.

IT IS FURTHER ORDERED that the period time from July 7, 2021, up to and including the new trial date of January 18, 2022, shall be excludable time pursuant to 18 U.S.C. § 3161.

Dated this 10 day of August, 2021.

JAMES L. ROBART
United States District Court Judge

Presented by:

*/s/ Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

*/s/ Richard J. Troberman*
RICHARD J. TROBERMAN
Counsel for Camden Lamp

Order Resetting Trial Date
*United States v. Camden Lamp*, CR20-166 JLR - 2